Harry Hanson, Respondent, v. Morris W. Kellogg, Appellant, Impleaded with William B. Osgood Field.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor and Miller, JJ., concurred; Jenks, J., dissented.

John E. Henry, Jr., Respondent, v. Edward J. Anthony, Jr., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Lands under Water at Second Avenue and Thirty-sixth Street, in the Borough of Brooklyn, etc. The City of New York, Appellant; John Archibald Murray, Respondent.— Order reversed, without costs, and motion denied, with costs, on the ground that the offer which was prerequisite to the granting of an allowance, being made by the attorney, was insufficient. (*Matter of City of New York, In re Baker*, 112 App. Div. 160.) Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Jacob Voelbel, as Sole Executor, etc., of Nicolaus Joost, Deceased, Respondent. Anna Louisa Raff, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Lasker, by Betsy Lasker, His Guardian ad Litem, Respondent, v. Solomon Gonsky, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Catharine C. Lyons, Individually and as Executrix, etc., of Samuel C. Pease, Deceased, Appellant, v. Pease Piano Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Charles S. Mackenzie, Respondent, v. Arthur G. F. Moser, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Max Margolis, Respondent, v. Anna Walpoff, Appellant.— Appeal dismissed, without costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Pierre Noel, Appellant, v. Fairvale Land Company and Edith E. Bate, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Park Slope Building Company, Respondent, v. John A. MacMartin, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William H. Pierson, Respondent, v. Stuart G. Wood, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Maria Demore, Appellant.— Judgment of the Court of Special Sessions affirmed. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.